UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MARK W. LATIMER,　　　　　　　　　　　　CIVIL NO. 17-2063 (MJD/DTS)

　　Petitioner,

v.　　　　　　　　　　　　　　　　　　　　ORDER

MICHELLE SMITH,
*Warden,*

　　Respondent.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated July 2, 2018. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. Latimer's Petition for a Writ of Habeas Corpus [Docket No. 1] is DENIED;

2. Latimer's Motion to Amend [Docket No. 24] is DENIED; and

3. This action is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 1, 2018

　　　　　　　　　　　　　　　　　　　s/ Michael J. Davis
　　　　　　　　　　　　　　　　　　　MICHAEL J. DAVIS
　　　　　　　　　　　　　　　　　　　United States District Court Judge